Joel P. Kelly (SBN 100716)
KellyJ@jacksonlewis.com
Jessica C. Gregg (SBN 276543)
Jessica.Gregg@jacksonlewis.com
JACKSON LEWIS P.C.
725 South Figueroa Street, Suite 2500
Los Angeles, California  90017-5408
Telephone:  (213) 689-0404
Facsimile:   (213) 689-0430

Attorneys for Defendant
DARLING INGREDIENTS INC.

# THE UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME FRANCO, an individual;<br><br>       Plaintiff,<br><br>  vs.<br><br>DARLING INGREDIENTS INC.; and DOES 1 to 100, Inclusive;<br><br>       Defendants. | **CASE NO.: 2:16-cv-8348**<br><br>**NOTICE OF NO RELATED CASES**<br><br>[Filed concurrently with Notice of Removal; Declarations of Joel P. Kelly and Matthew Hamm; Civil Cover Sheet; Notice of Interested Parties; and Corporate Disclosures]<br><br><br>COMPLAINT FILED:    October 6, 2016 |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA AND TO PLAINTIFF JAIME FRANCO AND HIS ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN, pursuant to Local Rule 83-1.3.1, that Defendant DARLING INGREDIENTS INC., is unaware of any action previously filed or currently pending in the Central District of California that calls for determination of the same or substantially identical questions of law and fact and/or is likely for other reasons to entail substantial duplication of labor if heard by different judges.

Respectfully submitted,

Dated: November 9, 2016        JACKSON LEWIS P.C.


By: /s/ Joel P. Kelly
Joel P. Kelly
Jessica C. Gregg

Attorneys for Defendant
DARLING INGREDIENTS INC.

4814-8907-3980, v. 1

Case No: 2:16-cv-8348          2        NOTICE OF NO RELATED CASES