JS-6

# THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAIME FRANCO, an individual;<br><br>        Plaintiff,<br><br>    vs.<br><br>DARLING INGREDIENTS INC.; and DOES 1 to 100, Inclusive;<br><br>        Defendants. | **CASE NO.: 2:16-cv-8348 RSWL (JCx)**<br><br>Hon. Ronald S. W. Lew<br><br>**ORDER ON STIPULATION OF DISMISSAL OF THE ENTIRE ACTION**<br><br> Complaint filed: |

THE COURT having considered the Stipulation and Dismissal of the Entire Action entered into between Plaintiff Jaime Franco and Defendant Darling Ingredients, INC. (the "Parties") and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.     The above-captioned action be dismissed in its entirety with prejudice as to all claims and all parties pursuant to Federal Rules of Civil Procedure 41(a)(1); and

2.     Each party shall bear their own attorneys' fees and costs.

Dated:    9/22/2017

By:    s/ RONALD S.W. LEW
_____
HON. RONALD S. W. LEW
UNITED STATES DISTRICT JUDGE